Case 2:24-cv-00264-Z-BR   Document 5   Filed 12/23/24   Page 1 of 4   PageID 5

FILED
12-14-24

2:24-CV-264

December 23, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

PAGE 1

From: Roy Tunis To (Federal Court located in Amarillo, Tx) i did a (2254 Habeas corpus) i was wondering if yall (recieved it) (my life is in danger) so call (victim Nikki Sneed) N. her brother (Blane Sneed) may be contacting inmates in the prison im in trying to have somebody (kill me) in this envelope federal court will find a (I-60) which the prison recieve. i talked to mental health about it at the unit im on Lynaugh unit, they notice i didint write the (I-60 which is a inmate request) — somebody wrote my name on it — maken me look like i wrote it. it said im gonna kill myself N everybody is watchn the I-60 was to make me look suicidal. To federal court in Amarillo Tx i did not write I-60 - or did i have anybody write it for me. i will take a pollygraph test im telling the (truth) i would not lie to a court, which i know is (perjury) my thaughts is somebody was gonna push me off the second floor and (kill me) hopen afterward T.D.C.J prison would use the I-60 and say (my death) was (suicide). i belive so call victim Nikki Sneed, her brother Blane Sneed has connections in prisons i go to which he just did 16 years in prison on a (sex offense) his sister (Nikki Sneed) cause him to get into. i don't really know anybody on this unit in the pod is where i im also it is easy for somebody get on the computer and see what unit im on. im in (fear of my life) T.D.C.J gave me the (I-60) request back i decided to send it to. Federal court in Amarillo #Room 133 as evidence to go with my (2254 habeas corpus) i sent few months ago. i really want federal marshallis to investgate into this, im in fear of my life that after i get out of prison ill have to watch over (my back N i live in Arkansas) I belive Nikki Sneed - or Blane Sneed, is trying to have something done to me so my daughter (Heaven Sneed) won't never meet me or know who i im. Robert Love, Randall county district attorney told my first lawyer James Murphy, there was no (D.N.A) which was a lie i wrote (Robert Love) told him when i get out im gonna get a D.N.A test done on Nikki Sneeds - daughter who FLIP PAGE →

(PAGE 2)

Lookis like me and she doesn't have a dad that's something her mom put in her (HEAD) Nikki Sneed also told my daughter I abandon the family when i found out she was pergnant with her. Nikki Sneed has lied to my daughter (LAST 21 YEARS) about who i'm. (To federal court house in Amarillo TX) I was born retarded - handicap, my (I-Q) was under 69 i was in special ed allso my father took care of me till i was (28 YEARS OLD) Im tired of all this crap im being put threw if I get (killed in prison) please let my daughter (Heaven Sneed) know i Love her. i really wish i could of met her. my (Social Security Number is) 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. Social Security has all my medical record,s going all the way back to 1983 im still on Social Security. I have the brain of a 13 year old i speak from the heart. im not a sex offender Im aware me and (Nikki Sneed) had sex. but in my mind if Nikki Sneed was under age why was she telling lie,s about her age, jumping in and out of car,s with stranges she did,nt no why was her parent,s letting her run loose on the street,s she was stealing from men and doing drug,s Nikki Sneed is not real victim I Im, she know,s what she was doing 20 years ago. the district attorney Robert Love doesn,t want my daughter to ever meet me. it,s dirty (to federal court house) How district attorney (Robert Love) and Nikki Sneed did this to me behind my (daughter,s back) then (tried to be silent about it) to federal court im just speaking up. Now inmate,s writen my name on inmate request I-60, maken me look (suicideda1) is strange i feel it in my heart. Nikki Sneed - Blane Sneed - get something to do with this a inmate told me, Nikki Sneed her dad Paul Sneed - his best friend is on this unit w-o-w

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Im killing myself and everyone watchn

Name: Roy Tunis          No: 2493229          Unit: LH

Living Quarters: K-204-B          Work Assignment: medical

**DISPOSITION:** (Inmate will not write in this space)

Killing myself
Ref MHC 4+5 Called on
7:40 am.  10/28/24

Received
OCT 2 8 2024
MH

☆I-60 (Rev. 11-90)



Roy CLEMON TUNIS III ~02443524
LYNAUGH UNIT
1098 S. HWY 2037
FORT STOCKTON, TX 79735

MIDLAND TX
797 P 1 L
18 DEC 2024

LEGAL
MAIL

FEDERAL COURTHOUSE  # Room 133
205 S.E 5TH AVE
AMARillo, TX 79101

RECEIVED
DEC ?? 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

7910181559

Privileged Inmate Mail
Not Inspected by Texas
Department of
Criminal Justice
Institutional
Division